IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINE SHELLITO** | : |
| | : |
| v. | : CIVIL ACTION NO. 21-3278 |
| | : |
| **THE TRAVELERS COMPANIES, INC.** | : |

# ORDER

This 12th day of October, 2021, it is hereby **ORDERED** that Defendant's Motion to Dismiss for untimely and insufficient service of process under Fed. R. Civ. P. 12(b)(5) and failure to state a claim under Fed. R. Civ. P. 12(b)(6), ECF 4, is **GRANTED** on the basis that Plaintiff's Petition to Vacate Arbitration Award is untimely.

    /s/ Gerald Austin McHugh
United States District Judge